Elayna J. Youchah
Nevada State Bar No. 5837
Donald P. Paradiso
Nevada State Bar No. 12845
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: youchahe@jacksonlewis.com
Email: Donald.paradiso@jacksonlewis.com
*Attorneys for Defendant*
*Drock Gaming, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA PIKE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>DROCK GAMING, LLC, d/b/a The D also d/b/a THE D LAS VEGAS also d/b/a THE D CASINO HOTEL LAS VEGAS also d/b/a THE D CASINO also d/b/a THE D HOTEL AND CASINO also d/b/a and f/k/a FITZGERALDS also d/b/a and f/k/a FITZGERALDS CASINO AND HOTEL also d/b/a and f/k/a FITZGERALDS HOTEL AND CASINO, a limited liability company; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02678-JCM-GWF<br><br>**STIPULATION AND ORDER TO RESCHEDULE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**(First Request)** |

Defendant Drock Gaming, LLC ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiff Jessica Pike ("Plaintiff") by and through her counsel, Gabroy Law Offices, hereby stipulate and agree to reschedule the Early Neutral Evaluation currently scheduled for December 20, 2017.

Defendant's representative had a scheduling conflicting on Dec. 20, 2017. After confirming with chambers and opposing counsel, the parties were able to stipulate to a new setting one day prior to the currently scheduled Early Neutral Evaluation. Accordingly, Defendant's counsel and

Plaintiff's counsel have stipulated to reset the Early Neutral Evaluation for December 19, 2017 at 8:30 AM.

This stipulation and order is sought in good faith and not for the purpose of delay. This is the first request to continue the Early Neutral Evaluation Conference.

Dated this 2nd day of November, 2017.

| GABROY LAW OFFICES | JACKSON LEWIS P.C. |
|---|---|
| */s/Kaine Messer* | */s/ Donald P. Paradiso* |
| Christian Gabroy, Bar #8805 | Elayna J. Youchah, Bar #5837 |
| Kaine Messer, Bar #14240 | Donald P. Paradiso, Bar #12845 |
| 170 South Green Valley Parkway | 3800 Howard Hughes Parkway, Suite 600 |
| Suite 280 | Las Vegas, Nevada 89169 |
| Henderson, Nevada 89012 | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | *Drock Gaming, LLC* |
| *Jessica Pike* | |

## **ORDER**

IT IS HEREBY ORDERED that the Early Neutral Evaluation Conference scheduled on December 20, 2017 at 8:30 AM, is rescheduled to December 19, 2017 at 8:30 AM.

_____
U.S. Magistrate Judge

Dated: November 3, 2017

4825-7516-7827, v. 1